UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

SCOTT N. JOHNSON,

        Plaintiff,

   v.

MERIDIAN VIDEO PROPERTIES, INC., et al.,

        Defendants.

NO. CIV. S-10-1999 FCD EFB

ORDER FOR SANCTIONS

----oo0oo----

    1.   On December 10, 2010, counsel for defendant, David Tillotson, was ordered to show cause why he should not be sanctioned in the amount of $150.00 for failing to communicate with plaintiff on a joint status report in compliance with the court's Order Requiring a Joint Status Report. The court ordered counsel to file his response to the Order to Show Cause on or before December 30, 2010. As of today's date, a response to the Order to Show Cause, nor a joint status report have been filed with the court.

/ / /

Therefore, the court makes the following orders:

1. Defendants' counsel is ordered to pay sanctions in the amount of **$150.00** for his failure to file a response to the Order to Show Cause filed on December 10, 2010. Payment shall be in the form of a check made payable to the Clerk of the Court. The sum is to be paid **not later than fourteen (14) days** from the filing of this Order for Sanctions.

2. The Order to Show Cause hearing currently set for January 14, 2011 is hereby VACATED.

3. The Court will issue a Scheduling Order pursuant to Plaintiff's Status Report filed on December 3, 2010.

**IT IS SO ORDERED.**

DATED: January 7, 2011

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE