1

2

3

4

5

6

7

8

9

10                    UNITED STATES DISTRICT COURT

11                    EASTERN DISTRICT OF CALIFORNIA

12

13                            ----oo0oo----

SCOTT N. JOHNSON,

14                                        NO. CIV. S-10-1999 FCD EFB
            Plaintiff,

15                                        **ORDER AND ORDER TO SHOW CAUSE**
                                          **RE: SANCTIONS**
16      v.

MERIDIAN VIDEO PROPERTIES,

17 INC., et al.,

18          Defendants.
   _____/

19

20      On January 17, 2011, plaintiff, Scott Johnson, notified this

21 court that the above matter had settled.  On January 19, 2011,

22 the court issued an Order for Dispositional Documents which

23 required the parties to file said documents no later than

24 February 11, 2011.  On February 17, 2011, an email was sent to

25 appearing counsel, Mr. Scott N. Johnson, and Mr. David Tillotson,

26 from the Courtroom Deputy Clerk, inquiring as to the status of

27 the dispositional documents.  On February 17, 2011, the Courtroom

28 Deputy received an email from plaintiff indicating that

plaintiff was waiting for defendants' counsel.  However, as of today's date, dispositional documents have not been filed.

The court considers counsels' failure to comply with its January 19, 2011, order a very serious violation.

The court, therefore, makes the following order:

1.   Mr. Johnson and Mr. Tillotson are ordered to show cause why they should not each be sanctioned in the amount of $150.00 for failing to comply with the court's January 19, 2011 Order.

2.   Counsel shall file their responses to the Order to Show Cause on or before March 25, 2011.

3.   A hearing on the Order to Show Cause, if necessary, is set for April 8, 2011, at 10:00 A.M.

IT IS SO ORDERED.

DATED: March 4, 2011

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE