UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SCOTT N. JOHNSON,   NO. 2:10-cv-1999 FCD EFB

      Plaintiff,

   v.   **ORDER FOR SANCTIONS AND FURTHER ORDER TO SHOW CAUSE**

MERIDIAN VIDEO PROPERTIES, et al.,

      Defendants.

----oo0oo----

On March 4, 2011, plaintiff and defendants' counsel were ordered to show cause why they should not each be sanctioned in the amount of $150.00 for failing to file dispositional documents pursuant to the court's order of February 11, 2011, and Local Rule 160. The court ordered counsel to file their responses to the Order to Show Cause on or before March 25, 2011. As of today's date, a response has not been filed by either party, and therefore, the court makes the following orders:

/ / /

1.  Plaintiff Scott N. Johnson, and counsel for defendants, Mr. David Tillotson, are ordered to pay sanctions in the amount of **$150.00 each** for their failure to file a response to the Order to Show Cause filed on March 4, 2011.  The sum is to be paid personally by counsel **not later than fourteen (14) days** from the filing of this Order for Sanctions.

2.  Counsel are further ordered to show cause why they should not each be sanctioned an additional **$300.00** for their failure to respond to legal deadlines and the court's orders, and why plaintiff's case should not be dismissed for failure comply with court orders and for failure to prosecute. Counsel shall file their responses to this Order to Show Cause on or before April 11, 2011.

3.  The hearing currently set for April 8, 2011 is hereby VACATED.

IT IS SO ORDERED.

DATED: March 28, 2011

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE