SCOTT N. JOHNSON, ESQ., SBN 166952
DISABLED ACCESS PREVENTS INJURY, INC.
5150 FAIR OAKS BLVD., SUITE 101
PMB #253
CARMICHAEL, CA 95608-5758
TELEPHONE (916) 485-3516
FAX (916) 481-4224

Attorney for Plaintiff Scott N. Johnson

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT N. JOHNSON,<br><br>    Plaintiff,<br><br>vs.<br><br>MERIDIAN VIDEO PROPERTIES, INC., et al,<br><br>    Defendants. | Case No.: CIV.S 10-01999-FCD-EFB<br><br>**STIPULATED DISMISSAL; ORDER**<br><br>Complaint Filed: JULY 27, 2010 |

**IT IS HEREBY STIPULATED** by and between the parties to this action through their designated counsel that this action be and is hereby dismissed with prejudice pursuant to FRCP 41 (a)(2). The Parties shall bear their own costs and attorneys' fees in connection with this Lawsuit and the negotiation and preparation of this Agreement.

.

1

CIV. S-10-01999-FCD-EFB

1 | Dated: April 5, 2011

                                          DISABLED ACCESS PREVENTS
                                          INJURY, INC.

                                          /s/Scott N. Johnson
                                          SCOTT N. JOHNSON,
                                          Attorney for Plaintiff

Dated: April 5, 2011

                                          LELAND, PARACHINI, STEINBERG,
                                          MATZGER & MELNICK, LLP

                                          /s/David B. Tillotson
                                          DAVID B. TILLOTSON,
                                          Attorney for Defendants,
                                          William V. Wong; Shirley L. Wong

**IT IS SO ORDERED.**

Dated:  April 6, 2011

                                          _____
                                          FRANK C. DAMRELL, JR.
                                          UNITED STATES DISTRICT JUDGE